UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>THOMAS PARK | HONORABLE JOSEPH E. IRENAS<br><br>CRIMINAL ACTION NO. 06-CR-425 (JEI)<br><br>**ORDER DENYING DEFENDANT'S MOTION**<br>(Docket No. 31) |

**APPEARANCES:**

Allen Harberg, Esq.
Office of the U.S. Attorney
401 Market Street
4th Floor
Camden, NJ 08101
      Counsel for United States of America

Jerome M. Brown, Esq.
1628 J.F.K. Blvd., Suite 1000
Philadelphia, PA 19103
      Counsel for Defendant, Thomas Park


**IRENAS**, Senior District Judge:

    This matter appeared before the Court on Defendant Thomas Park's motion for an Order recommending that the Federal Bureau of Prisons place Defendant in a Community Corrections Center for a period in excess of one month (Docket No. 31).  The Court having considered the submissions of the parties, for the reasons set forth in an opinion issued by this Court on even date herewith, and for good cause appearing;

1

**IT IS** on this 10th day of September, 2007,

**ORDERED THAT:**

Defendant's motion is hereby **DENIED.**

                                    s/ Joseph E. Irenas

                                    JOSEPH E. IRENAS, S.U.S.D.J.